```
                                                        U.S. DISTRICT COURT
                                                     EASTERN DISTRICT OF LOUISIANA
         22nd JUDICIAL DISTRICT
         PARISH OF ST TAMMANY                       FILED   Jun 10 2025
         STATE OF LOUISIANA
                                                          CAROL L. MICHEL
                                                               CLERK
                                                    bwn                    Mail
```

STATE OF LOUISIANA                          CASE No.   488-307

Versus

PANAGIOTIS KONDYLIS

Defendant

---

### AFFIDAVIT OF WALTER REED

---

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared,

**WALTER REED**

a person of full age and majority and a resident of the Parish of St. Tammany, State of Louisiana, who after first being duly sworn, depose and states:

1. My name is Walter Reed. I was the elected District Attorney in St. Tammany Parish, Louisiana from 1985 to 2015. I am now retired and live in St. Tammany Parish.

2. In 2010, I was the District Attorney for St. Tammany Parish and prosecuted Mr. Panagiotis Kondylis for cocaine distribution. He was a former officer with the Abita Springs Police Department. My office prosecuted the entire numerous crimes

3. My office prosecuted the entire Abita Springs Police Department, excluding one, with various corruption charges in connection with a cash-for-commissions scandal where officers were selling fraudulent badges, guns, and illegal narcotics. I was personally involved in the legal proceedings in court.

4. I recall that Mr. Kondylis was a Habitual Offender based on a prior non-violent offense involving related corruption charges, although I do not remember his exact prior conviction.

5. I was never told by his attorney that he had a brain defect or any mental disabilities. I do not remember being presented any mitigation regarding his mental health, although I do remember that he abused illegal narcotics. I did not believe in sending defendants with drug addiction to prison, but this case was too high profile and there was political pressure

1                                     Initials _____

to ensure the public knew that the officers would be held accountable for their corrupt behavior.

6. I took Mr. Kondylis to trial and he was convicted by a non-unanimous jury. Through negotiations with opposing counsel and the judge, I agreed to a sentence of 35-years, which I believed was a serious enough penalty at the time. I would not have pushed for him to receive a life sentence.

7. I was made aware that Mr. Kondylis appealed his conviction, but I was not involved in the appeal process or his resentencing after his case was remanded back to the district court.

8. I believe that Mr. Kondylis is currently serving a sentence of 99-years which is absolutely unjust and unnecessary to ensure he is punished and repays his debt to society.

9. Mr. Kondylis was never supposed to be in prison for his entire life and I would not have authorized a sentence of life imprisonment for his conduct in this case.

10. In fact, when I first learned of his resentencing to life imprisonment, I did a double take because I did not believe my own eyes. A life sentence for his non-violent conduct is one of the worst examples of "piling on" and truly excessive sentencing that I have ever heard of in my 45 years as a lawyer. I just cannot imagine any fair-minded judge issuing such an extreme and excessive sentence, all for non-violent conduct. This is truly a miscarriage of justice that I would never have participated in. For God sake, please correct this injustice!

11. Mr. Kondylis has served over 15-years in the Department of Corrections and has made exemplary accomplishments. He is not a bad person. He is an ordained Greek Orthodox Minister, veteran, and model prisoner and I feel confident that if he is released from prison he could do a lot of good in society. I wanted to make this statement because I truly believe that God has used me in my life to help others, and I do not feel that Mr. Kondylis should remain in prison.

I have read this 3 page affidavit and had the opportunity to make any revisions and changes. I offer this affidavit of my own freewill. I have not been coerced, nor will I be rewarded in any way for offering this statement. I certify subject to the best of my belief, under penalty of perjury, that this statement is true and correct.

Initials _____

Dated: May 9, 2025                                               _____
                                                                  WALTER REED

Sworn to and subscribed before me this 9th day of May, 2025, in

Mandeville, Louisiana.

_____
NOTARY PUBLIC

William J. Outel
(Print Name)

NOTARY # 5237

3                                            Initials _____

D.W.C.C. NSB
Panagiotis Kondylis S195797
670 Bell Hill Rd.
Homer, LA. 71040

Legal Mail

Clerk, U.S. District Court
500 Poydras St.
Rm C-151
New Orleans LA 70130

