6/4/25

Dear Clerk,

Please File the attached as reply to State's Filing and in additional support of relief under Habeas Corpus

CASE NO. 25-610 "I" (2)
KONDYLIS v. DAUZAT

Thank you,

*Panagiotis Kondylis*

Panagiotis Kondylis
#519597