# Appendix A

Traumatic Brain Injury increased to 100% disabling as of Dec. '25.

Major neurococtive disorder, anxiety disorder, Opiate use disorder in sustained remission

Chronic sleep impairment

Depressed mood

Difficulty to establish and maintain effective and social relationships

Extreme difficulty in understanding complex commands

Memory loss, disturbances of motivation

Flattened effect

Occupational impairment with reduced reliability and productivity (Total)

Suspiciousness

Gross impairment in thought processes/communications

Persistent delusions / hallucinations

Persistent danger of hurting self

Intermittent inability to perform activities of daily living

Disorientation to time or place

Memory loss for names of close relatives, family history, occupation

Deficiency in judgment and thinking

Speech intermittently illogical, obscure or irrelevant

Inability to function independently, appropriately and effectively; spatial disorientation

Panic attacks; difficulty in adapting to stressful situations

Retention deficiency

Unprovoked irritability