David Wade correcTional CenTer
PanagioTis Kondylis 519597
670 Be/l Hill Rd.
Homer, LA. 71040

Clerk's OFFICE
UniTed STaTes DisTricT courT
EasTern DisTricT of Louisiana
New orleans, LA. 70130





Legal MAil



RECEIVED
FEB 09 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

NOT RESPONISBLE FOR CONTENTS
FEB 0 6 2026
DWCC