UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PANAGIOTIS KONDYLIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-610** |
| **MICHELLE DAUZAT, WARDEN** | **SECTION "I"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the objection by plaintiff, Panagiotis Kondylis, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Panagiotis Kondylis's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 18th day of February, 2026.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**