UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PANAGIOTIS KONDYLIS | CIVIL ACTION |
| VERSUS | NO. 25-610 |
| MICHELLE DAUZAT, WARDEN | SECTION "I"(2) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

\_\_\_X\_\_\_  a certificate of appealability shall not be issued for the following reason(s):

<u>The petitioner has failed to make a substantial showing of the denial of a constitutional right.</u>

New Orleans, Louisiana, February 18, 2026.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE