U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 19 2026

CAROL L. MICHEL
CLERK

cf                    Mail

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

PANAGIOTIS KONDYLIS
Plaintiff

Criminal No. 25-610

VS.

MICHELLE DAUZAT, WARDEN
Defendant

Judge LANCE M. AFRICK

Magistrate Judge _____

### NOTICE OF APPEAL

Notice is hereby given that PANAGIOTIS KONDYLIS
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

JUDGMENT
(Conviction and Sentence); (Sentence Only); (Order or Judgment)

entered in this action on February 18, 2026
(Date)

Signed this 3rd day of March, 2026

Panagiotis Kondylis
(Attorney/Pro Se Litigant Signature)

PANAGIOTIS KONDYLIS
(Printed Name) #519597 NSB

DAVID WADE CORRECTIONAL CENTER
(Street or P.O. Box)
670 BELL HILL ROAD
HOMER        LA        71040
(City)        (State)    (Zip Code)

_____ - _____
(Area)    (Telephone)