D.W.C.C. NSB
Panagiotis Kondylis, SIYSS-97
660 Bell Hill Rd.
Homer, LA. 71040

NOT RESPONISBLE FOR CONTENTS

MAR 0 5 2026

DWCC

clerk's office
united states District court
Eastern District of Louisiana
New orleans, LA. 70130

6 MAR 2026 AM 2 L

FOREVER    USA



RECEIVED

MAR 19 2026

US DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Legal mail

NOT RESPONISBLE FOR CONTENTS

MAR 05 2026

DWCC