# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30166 Kondylis v. Dauzat
USDC No. 2:25-CV-610

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Matthew B. Caplan
Mr. Panagiotis Kondylis
Ms. Carol L. Michel